**Order entered June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00365-CV

**JUAN CARLOS REYNOSO, Appellant**

**V.**

**CHICKEN & RICE, INC., ALISHA WONGPANICH AND MARCIA LUNA, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12015**

## ORDER

We **GRANT** appellant's June 25, 2014 second motion to extend time and **ORDER** appellant to file his brief no later than July 25, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE